January 3, 2007

Willis Evans
Reg. 20084-068
FSL Elkton
P.O. Box 10
Lisbon, Ohio 44432

Clerk of the Court
United States District Court
The Honorable MCGLAUGHLIN
17 S. Park Row
Erie, PA 16501

Re: <u>U.S.A. v. WILLIS, EVANS</u>
    <u>Case No. 02-01-E</u>

Dear Judge Mcklaughlin:

    I am writing to obtain legal assistance from the court. There has been some changes made to the U.S. Sentencing Guideline in relation to certain sentencing factors used to increase my sentence. I also have been made apprised that the crack cocaine penalty pursuant to 2D1.1 whereas, a violator is enhanced has now been amended and made retroactive. My unit team manager Mr. Burton has instructed me at a town hall meeting that I will need to file a petition to the court to have this matter reviewed and considered for a two level decrease.

    Sir, I do not have the knowledge to file anything legal. This letter is currently being being written for me. Is there anyway that I can have a public defender aid me with this process. This is not my § 3582 petition. Nor is this any other type of motion. I simply am trying to gain assistance to file this motion as requested by my unit team because, the laws that has been changed does affect my case.

    I pray that you will be able to assist me with me legal needs. I am indigent and cannot afford to pay for representation. My initial court was appointed pursuant to 3006 (A) of the Criminal Justice Act.

                                            Very truly yours,

                                            Willis Evans
                                            Reg. No. 20084-068

cc: file
    dnr/bf

FILED
JAN - 9 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

NAME Willie D. Sims
REG.# 20069-068
Federal Satellite Low Elkton
P.O. BOX 10
Lisbon, OH 44432

Clerk of The Court
United States District Court
The Honorable Judge McLaughlin
17 S. Park Row
Erie, PA 16501