Febraury 7, 2007

Willis Evans
Reg. Bo. 20084-068
FSL Elkton
P.O. Box 10
Lisbon, Ohio 44432

Clerk of the Court
United States District Court
The Honorable District Court Judge MCGLAUGHLIN
17 S. Park Row
Erie, PA 16501

Re:   U.S.A. v. EVANS
      Case No. 02-01-E

Dear Clerk:

   I am writing in connection to the last docket entry number 66 whereas, I wrote a letter requesting that this court appoint me counsel insofar to permit me to receive appointment of counsel so that I can file for relief concerning the newly implemented U.S.S.C. § 2D1.1 enhancement for crack cocaine sentences. It appears that your office has docketed this letter as an motion. With all do respect, I did ask that this court do not consider that letter as an petition. If this is the process for me retaining ccounsel per CJA § 3006(A), can your office please inform me, because, I am perplexed at this point and I want to assure that I am applying for relief appropriately.

   I do thank you for your assistance and time in advance. May you an dyour staff have a blessed day and year of 2008. I hope to hear from your office soon.

                                        Very truly yours,

                                        /s/ Will D Evans
                                        Willis Evans
                                        Reg. No. 20084-068

cc:   file
      dnr/bf

NAME [signature]
REG.# 2088-068
Federal Satellite Low Elkton
P. O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
08 FEB 2008 PM 2 T

Clerk of The Court
United States District Court
The Honorable District Court
Judge McLaughlin
17 S. Park Row
Erie PA. 16501-1125